WAYNE HABERMAN, Appellant, v JACK MEYER et al., Respondents.

Submitted July 6, 2015; decided September 3, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the April 2013 Supreme Court order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

NORA IACONO, Appellant, v ANTHONY PILAVAS et al., Respondents.

Submitted July 20, 2015; decided September 3, 2015

Motion for reargument of motion for leave to appeal denied [see 25 NY3d 909 (2015)].

PEGGY MORRIS, Appellant, v M.P. SANTINI, INC., et al., Respondents.

Submitted June 29, 2015; decided September 3, 2015

Motion for reargument of motion for leave to appeal denied [see 25 NY3d 907 (2015)].

RURAL COMMUNITY COALITION, INC., et al., Appellants, v VILLAGE OF BLOOMINGBURG et al., Defendants, TOWN OF MAMAKATING et al., Appellants, and SHALOM LAMM et al., Respondents.

Submitted July 20, 2015; decided September 3, 2015

Motions for reargument of motion for leave to appeal denied [see 25 NY3d 1063 (2015)].

Judge STEIN taking no part.